IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BOYCE,

          Plaintiff,                   No. CIV S-08-1794 JAM DAD PS

    vs.

JOHN E. POTTER, Postmaster         <u>ORDER</u>
General, et al.,

          Defendants.

_____/

         Plaintiff, proceeding pro se, has filed a one-sentence request for appointment of counsel. Three factors are relevant to the determination of whether counsel should be appointed to represent a plaintiff in an employment discrimination case such as this one appears to be: (1) the plaintiff's financial resources, (2) the efforts already made by the plaintiff to secure counsel, and (3) whether the plaintiff's claims have merit. <u>Bradshaw v. Zoological Soc'y of San Diego</u>, 662 F.2d 1301, 1318 (9th Cir. 1981). Appointment of counsel is not a matter of right. <u>Ivey v. Board of Regents</u>, 673 F.2d 266, 269 (9th Cir. 1982).

         Here, the court previously granted plaintiff's application to proceed in forma pauperis. Plaintiff has made an adequate showing of indigency, thereby satisfying the first relevant factor. The second factor has not been satisfied because plaintiff has not revealed any efforts to secure counsel. As to the third factor, while the court has not prejudged the case,

1

1  plaintiff has not shown that his claims have merit such that counsel should be appointed.  For

2  these reasons, plaintiff's request for appointment of counsel will be denied.

3         Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment

4  of counsel (Doc. No. 9) is denied.

5  DATED: December 9, 2008.

6

7                             _Dale A. Drozd_

8                            DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

9  DAD:kw
   Ddad1\orders.prose\boyce1794.ord.reqcounsel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26