IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BOYCE,

    Plaintiff,

vs.

JOHN E. POTTER, Postmaster General,

    Defendant.

No. CIV S-08-1794 JAM DAD PS

ORDER

/

    By order filed January 26, 2009, defendants' motion to dismiss was granted with leave to amend. Plaintiff has filed an amended complaint, and defendant Potter, who is now the sole defendant in the case, has filed his answer.

    Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

    1. A Status (Pretrial Scheduling) Conference is set for **Friday, June 26, 2009, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

    2. Each party shall appear at the Status Conference by counsel or, if proceeding <u>in propria persona</u>, on his own behalf. Parties may choose to appear in person or telephonically. To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the

/////

1

undersigned magistrate judge, at (916) 930-4128 no later than 48 hours before the Status (Pretrial Scheduling) Conference.

       3. Plaintiff shall file and serve a status report on or before **June 12, 2009**, and defendant shall file and serve a status report on or before **June 19, 2009**. Each status report shall address all of the following matters:

    a.     Progress of service of process;

    b.     Possible joinder of additional parties;

    c.     Any expected or desired amendment of the pleadings;

    d.     Jurisdiction and venue;

    e.     Anticipated motions and the scheduling thereof;

    f.     Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.     Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.     Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.     Whether the case is related to any other case, including matters in bankruptcy;

    j.     Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    k.     Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l.     Any other matters that may aid in the just and expeditious disposition of this action.

/////

/////

4. The Clerk of the Court shall amend the docket to reflect that defendant United States Postal Service has been terminated as a defendant by plaintiff's amended complaint filed February 6, 2009.

DATED: February 24, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\boyce1794.ossc